UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY HUGH LIBBY,

    Defendant/Judgment Debtor,

and

SHUR-WAY BUILDING CENTERS, INC.,

    Garnishee.

NO. MC15-5009BHS

(3:06-CR-5334-1)

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR WAGES

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Wages due and owing to the Defendant/Judgment Debtor, Timothy Hugh Libby, from Shur-Way Building Centers, Inc., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Shur-Way Building Centers, Inc., whose address is Shur-Way Building Centers, Inc., Attn: Patti Yager, 7124 NE St. John's Road, Vancouver, WA 98665.

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 19 day of February, 2015. |
| 2 | |
| 3 | _____ |
| | UNITED STATES DISTRICT COURT JUDGE |
| 4 | |
| 5 | Presented by: |
| 6 | |
| 7 | _____ |
| | KYLE A. FORSYTH, WSBA #34609 |
| 8 | Assistant United States Attorney |
| | United States Attorney's Office |
| 9 | 700 Stewart Street, Suite 5220 |
| | Seattle, Washington 98101-1271 |
| 10 | Telephone: (206) 553-7970 |
| | Fax: (206) 553-4067 |
| 11 | E-mail: kyle.forsyth@usdoj.gov |

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT FOR WAGES

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970