The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TIMOTHY HUGH LIBBY,<br><br>    Defendant/Judgment Debtor,<br><br>and<br><br>SHUR-WAY BUILDING CENTERS, INC.,<br><br>    Garnishee. | NO.  3:15-MC-05009-BHS<br><br>(3:06-CR-05334-RBL-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment for Wages, directed to Garnishee, Shur-Way Building Centers, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Shur-Way Building Centers, Inc. filed an Answer on March 4, 2015, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Timothy Hugh Libby was an active employee who was paid bi-weekly.

//

[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05009-BHS/3:06-CR-05334-RBL-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about February 24, 2015, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Shur-Way Building Centers, Inc., shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Timothy Hugh Libby, upon each period of time when Defendant/Judgment Debtor Libby is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Libby's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment for Wages;

That such payments shall be applied to Defendant/Judgment Debtor Libby's outstanding obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 3:06-CR-05334-RBL-1 and 3:15-MC-05009-BHS, and delivered either personally or by First Class Mail to:

//

[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05009-BHS/3:06-CR-05334-RBL-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101; and

That this Continuing Garnishee Order for Wages shall continue until the Court orders otherwise or that one of the following conditions is met: (1) the debt of the Defendant/Judgment Debtor is paid in full or (2) the Defendant/Judgment Debtor is no longer an active employee of Garnishee and Garnishee no longer has possession, custody, or control of any further funds belonging to the Defendant/Judgment Debtor.

DATED this ___3___ day of ___April___, 2015.

_____
JUDGE BENJAMIN H. SETTLE
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

[PROPOSED] CONTINUING GARNISHEE ORDER
(USDC#: 3:15-MC-05009-BHS/3:06-CR-05334-RBL-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970