**The Honorable Benjamin H. Settle**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  3:15-MC-05009-BHS |
| Plaintiff, | (3:06-CR-5334-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| TIMOTHY HUGH LIBBY, | |
| Defendant/Judgment Debtor, | |
| and | |
| SHUR WAY BUILDING, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding.  For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(C).

IT IS ORDERED that the garnishment is terminated and that Shur Way Building is relieved of further responsibility pursuant to this garnishment.

//

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Timothy Hugh Libby and Shur Way Building,* (USDC#: 3:15-MC-05009-
BHS/3:06-CR-5334-1)- 1

1

DATED this 22nd day of March, 2022.

2

3

4

5

BENJAMIN H. SETTLE
United States District Judge

6

7

8

Presented by:

9

s/ Kyle A. Forsyth

10

KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER TERMINATING GARNISHMENT PROCEEDING**
*(USA v. Timothy Hugh Libby and Shur Way Building, (USDC#: 3:15-MC-05009-BHS/3:06-CR-5334-1)-* 2